# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| YALE-NEW HAVEN HOSPITAL, | ) |
| Plaintiff, | ) Case No.: 3:12-CV-01319 (WWE) |
| v. | ) |
| CLAIRE M. NICHOLLS and BARBARA NICHOLLS, | ) June 25, 2013 |
| Defendants. | ) |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), plaintiff Yale-New Haven Hospital, and defendants Claire M. Nicholls, and Barbara Nicholls request a thirty (30) day extension of the deadlines ordered by the Court on April 3, 2013. This request seeks to change the deadlines as follows: Motion for Summary Judgment from June 30, 2013 to July 30, 2013; the Opposition to Motion for Summary Judgment from July 30, 2013 to August 29, 2013; and Replies from August 15, 2013 to September 14, 2013. This additional time is needed on account of multiple competing deadlines that have made it extremely difficult for the Defendant, Barbara Nicholls, to comply with the scheduling order. This is the parties' first request for extension of time of the deadlines ordered by the Court on April 3, 2013. Counsel for Claire M. Nicholls and Barbara Nicholls consent to this extension of time.

Dated: June 25, 2013

Respectfully submitted,

*/s/ James O. Craven*
James O. Craven, Esq. (ct18790)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven CT 06508-1832

Tel. 203.498.4400
Fax 203.782.2889
jcraven@wiggin.com

*Attorneys for Plaintiff*
*Yale-New Haven Hospital*

*/s/ Susan E. Nugent (with Consent)*
Susan E. Nugent
MURPHY & NUGENT LLC
234 Church Street, 7th Floor
New Haven, CT 06511
Tel. (203) 787-6711
Fax (203) 777-6442
snugentlaw@gmail.com

*Attorneys for Defendant*
*Claire M. Nicholls*

*/s/ Kenneth A. Votre (with Consent)*
Kenneth A. Votre
VOTRE & ASSOCIATES PC
8 Frontage Road
East Haven, CT 06512
Tel. (203) 498-0065
Fax (203) 821-3595
kvotre@votrelaw.com

*Attorneys for Defendant*
*Barbara Nicholls*

**CERTIFICATE OF SERVICE**

This is to certify that on June 25, 2013, a copy of the foregoing Joint Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ James O. Craven*
James O. Craven