UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
YALE-NEW HAVEN HOSPITAL,                          :
                                                  :     Case No.: 3:12 -CV-01319
        Interpleader Plaintiff,     :
                                                  :
    - against -                            :
                                                  :     DECEMBER 4, 2013
Claire M. Nicholls and Barbara Nicholls,          :
                                                  :
        Interpleader Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLAINTIFF YALE-NEW HAVEN HOSPITAL'S**
**REPLY AND LOCAL RULE 56(a)2 STATEMENT**
**IN RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT [DOC. # 29 & 32]**

      In accordance with Local Rule of Civ. P. 56(a)2, Plaintiff, Yale-New Haven Hospital, as Plan Administrator takes no position with regard to the competing claims and summary judgment motions being made as to the Funds at issue in this case. Most of the facts appear to be undisputed. However, to the extent either of the defendants' Rule 56(a)(1) statements [Doc. #29-2 and Doc.# 31] draw legal conclusions as to the proper recipient of the Funds, Yale-New Haven Hospital takes no position as to that issue and accordingly believes that the Court should make such a determination.

                                                     By:    */s/ James O. Craven*
                                                              James O. Craven, Esq. (ct18790)
                                                              WIGGIN AND DANA, LLP
                                                              One Century Tower
                                                              265 Church Street
                                                              P.O. Box 1832
                                                              New Haven, Connecticut 06508-1832
                                                              Telephone: 203.498.4400
                                                              Facsimile: 203.782.2889
                                                              jcraven@wiggin.com

Dated: New Haven, Connecticut
        December 4, 2013

**CERTIFICATE OF SERVICE**

      This is to certify that on December 4, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              */s/ James O. Craven*
                                              James O. Craven